UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MODESTA BENCOMO, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

v.

FORSTER & GARBUS LLP, TD BANK USA,
N.A., and TARGET CORPORATION,

        Defendants.

Case No.:  18-CV-1259

---

**NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

---

The Defendants, TD Bank USA and Target Corporation, by their attorneys, Hinshaw &

Culbertson LLP, respectfully moves the Court for an order dismissing Plaintiff's Amended

Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). This motion is further based upon

the accompanying brief and all pleadings, written instruments, papers, and proceedings filed and

held to date in this action.

Dated this 3rd day of December, 2018.

/s/ Alyssa A. Johnson

Alyssa A. Johnson
State Bar No. 1086085
Attorneys for Defendants TD BANK USA,
N.A., and TARGET CORPORATION
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Phone No.  414-276-6464
Fax No.  414-276-9220
E-mail Address(es):
ajohnson@hinshawlaw.com