# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MODESTA BENCOMO,

                Plaintiff,

v.

FORSTER & GARBUS LLP, TD BANK USA NA, and TARGET CORPORATION,

                Defendants.

Case No. 18-CV-1259-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant Forster & Garbus LLP's motion to dismiss Plaintiff's amended complaint (Docket #18) be and the same is hereby **GRANTED;**

      **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants TD Bank USA, N.A. and Target Corporation's motion to dismiss Plaintiff's amended complaint (Docket #25) be and the same is hereby **GRANTED;** and

      **IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

July 15, 2019
_____
Date

_s/ Jodi L. Malek_
_____
By: Deputy Clerk